**FILED**

DEC 2 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIAM L. BIRD,** | C 05-02454 MJJ |
| Petitioner, | [~~PROPOSED~~] SCHEDULING ORDER |
| v. | |
| **JILL BROWN, Warden of San Quentin State Prison,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until February 27, 2005, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: _12/27/2005_

_[signature]_

United States District Judge

[PROPOSED] SCHEDULING ORDER - *Bird v. Brown* - C 05 02454 MJJ

1